**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

---------------------------------------------------------------- x

TAZINIQUE ECHOLS, on behalf of herself   :   Case no. 1:25-cv-10376
and all others similarly situated,   :

  :

          Plaintiffs,   :

  :    **NOTICE OF VOLUNTARY**
      v.                     **DISMISSAL WITH**
                                    **PREJUDICE**

Misen, Inc.,   :

  :

         Defendant.   :

  :

  :

  :

  :

---------------------------------------------------------------- x

    **PLEASE TAKE NOTICE,** that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

    Dated: November 12, 2025

                                      EQUAL ACCESS LAW GROUP, PLLC

                                      *Attorneys for Plaintiff*

                                      **/s/ David B. Reyes**

                                      By: David B. Reyes, Esq.

                                      68-29 Main Street,

                                      Flushing, NY 11367

                                      O: (844) 731-3343

                                      C: (718) 554-0237

                                      Email: Dreyes@ealg.law